Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS LOPEZ, ) | Case No. 2:13-cv-07274-ABC-E |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC, ) | |
| Defendants. ) | |
| ) | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 10th day of December, 2013.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 10th day of December, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

United States District Court
Central District of California

Rami N. Haddad
Litigation Counsel
Portfolio Recovery Associates
4330 La Jolla Village Dr., Suite 310
San Diego CA 92122
Attorney for Defendant

This 10th day of December, 2013.

s/Todd M. Friedman
Todd M. Friedman